FILED ✗   ___ LODGED
___ RECEIVED   ___ COPY

NOV - 7 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America | No. CR-18-50192-PHX-DLR |
|---|---|
| Plaintiff, | **ORDER MODIFYING SPECIAL CONDITION #11** |
| v. | |
| Jon Ritzheimer | |
| Defendant. | |

On Monday, December 04, 2017, the above named was sentenced to 12 months and 1 day Bureau of Prisons, followed by 36 months supervised release. The following special condition was imposed: "You must reside in and participate in the programs of a residential reentry center for a term of 365 days. You must follow the rules and regulations of the center." Ritzheimer released from custody and began serving the 365 days at the residential reentry center on October 4, 2018. As of November 7, 2018, he has 330 days remaining.

It is recommended the condition be modified to the following: "You shall participate in the Location Monitoring Program for a period of 330 days utilizing GPS monitoring and shall abide by all technology requirements. You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as preapproved by the officer. You shall follow all the program rules and pay all or part of the costs of participation in the location monitoring program as directed by the Court and/or officer."

Respectfully submitted,

*Kim Peterson* (signature)

Kimberly A. Peterson
Senior United States Probation Officer

**ORDER OF COURT**

Pursuant to this report, it is ordered Special Condition #11 is modified as recommended above.

_____   11-7-18
Honorable Douglas L. Rayes          Date
United States District Judge